# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 DEC 18 AM 8:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY МО  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LUIS ROLDAN-GIL (1),<br><br>　　　　　　　　Defendant. | CASE NO. **11CR5288-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

X 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

X 　of the offense(s) as charged in the Indictment:

　　8 USC 1326 Deported alien found in the United States

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

_____
HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE